# MEMORANDUM DECISIONS.

ANDERSON v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. October 28, 1903.) No. 971. In Error to the District Court of the United States for the Northern District of Illinois. Thomas E. Milchrist, for plaintiff in error. S. H. Bethea, for the United States. No opinion. Judgment affirmed.

ANDREWS v. PACIFIC EXP. CO. (Circuit Court of Appeals, Fifth Circuit. January 5, 1904.) No. 1,236. In Error to the Circuit Court of the United States for the Eastern District of Texas. T. P. Young, for plaintiff in error. J. M. McCormick, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find no reversible error in the record, and we concur in the result. The judgment of the Circuit Court is affirmed.

ASSYRIAN ASPHALT CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 7, 1903.) No. 1,670. Appeal from the Circuit Court of the United States for the District of Utah. James A. Fullenwider, for trustee in bankruptcy of Assyrian Asphalt Co. Joseph Lippman and Pennell Cherrington, for the United States. Dismissed, without costs to either party in this court, on motion of appellee.

BALTIMORE & O. R. CO. v. OLDS. (Circuit Court of Appeals, Seventh Circuit. October 23, 1903.) No. 1,021. In Error to the Circuit Court of the United States for the Northern District of Illinois. James S. Sheean, for plaintiff in error. Jas. C. McShane, for defendant in error. No opinion. Judgment affirmed.

BARTON v. DURBIN. (Circuit Court of Appeals, Fifth Circuit. March 8, 1904.) No. 1,230. In Error to the Circuit Court of the United States for the Northern District of Florida. Alex St. Clair Abrams, for plaintiff in error. J. N. Stripling, W. W. Howe, U. S. Atty., and H. Bisbee, Special U. S. Atty., for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We have carefully considered the oral arguments, briefs, and record in this case, and find no reversible error. The judgment, therefore, must be affirmed.

B. F. GLOVER & SON et al. v. FITZPATRICK et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,903. In Error to the United States Court of Appeals in the Indian Territory. Charles N. Dohs, for defendants in error. Dismissed, with costs, on motion of defendants in error, pursuant to rule 23 (90 Fed. cxxvii, 31 C. C. A. cxxvii), for failure to print the record.

B. F. GLOVER & SON et al. v. FITZPATRICK et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,926. Appeal from the United States Court of Appeals in the Indian Territory. Charles N. Dohs, for

appellees. Dismissed, with costs, on motion of appellees, pursuant to rule 23 (90 Fed. cxxvii, 31 C. C. A. cxxvii), for failure to print the record.

---

BRISCOE et al. v. WOODBURY et al. (Circuit Court of Appeals, Eighth Circuit. January 7, 1904.) No. 1,965. Appeal from the Circuit Court of the United States for the District of Kansas. John W. Adams and George W. Adams, for appellants. George H. Whitcomb, for appellees. Dismissed, with costs, pursuant to stipulation.

---

In re CHIN KING SUNG. (Circuit Court of Appeals, Ninth Circuit. March 9, 1904.) No. 1,044. Petition for Writ of Habeas Corpus. George A. McGowan, for petitioner. Matter and writ of habeas corpus dismissed, and Mrs. Chin King Sung remanded to the custody of the United States marshal for deportation.

---

CITY OF DURHAM v. SOUTHERN RY. CO. (Circuit Court of Appeals, Fourth Circuit. December 29, 1903.) No. 496. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. Winston & Fuller, W. H. Day, and Howard A. Foushee, for appellant. W. A. Henderson and F. H. Busbee, for appellee. Dismissed and affirmed, with costs, by consent.

---

CLEVELAND, C. & C. R. CO. v. PLANTERS' COMPRESS CO. (Circuit Court of Appeals, Seventh Circuit. January 28, 1904.) No. 1,036. Appeal from the Circuit Court of the United States for the Southern District of Illinois. John T. Dye, for appellant. William Burry, for appellee. Appeal dismissed.

---

COBB v. MICHIGAN CENT. R. CO. et al. (Circuit Court of Appeals, Seventh Circuit. October 6, 1903.) No. 1,010. In Error to the Circuit Court of the United States for the Northern District of Illinois. A. E. Allen and F. K. Blake, for plaintiff in error. Dismissed for failure to pay estimated cost of printing record.

---

CONSOLIDATED RUBBER TIRE CO. et al. v. KOKOMO RUBBER CO. (Circuit Court of Appeals, Seventh Circuit. January 2, 1904.) No. 981. Appeal from the Circuit Court of the United States for the District of Indiana. Paul A. Staley and Border Bowman, for appellants. H. A. Toulmin, for appellee. Dismissed on motion of counsel for appellants.

---

EATON v. LEWIS. (Circuit Court of Appeals, Second Circuit. February 1, 1904.) No. 20. Appeal from the Circuit Court of the United States for the Southern District of New York. J. H. Hazelton, for appellant. Chas. S. Jones, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of Circuit Court. 115 Fed. 635.

---

EVANS–SMITH BEDDING & UPHOLSTERING CO. et al. v. PRUFROCK. (Circuit Court of Appeals, Eighth Circuit. November 23, 1903.) No. 1,967.